## EL PUEBLO *v.* LORENZO.

APELACIÓN procedente de la Corte de Distrito de Humacao.

No. 479.—Resuelto en diciembre 10, 1912.

DERECHO PENAL—TRANSCRIPCIÓN DE AUTOS—OMISIÓN DEL ESCRITO DE APELA-
CIÓN.—No habiéndose incorporado en la transcripción de los autos el escrito
de apelación, no aparece que este tribunal tenga jurisdicción para resolver
el recurso, que debe en tal virtud desestimarse. (*El Pueblo* v. *Lorenzo*,
resuelto en diciembre 9, 1912.)

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Arturo Aponte, Jr.*

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del
tribunal.

Examinada cuidadosamente la transcripción de los autos
en esta causa, no aparece en ella el escrito de apelación. En
tal virtud tampoco aparece de la transcripción que esta Corte
Suprema tenga jurisdicción para intervenir en el caso y re-
solverlo por sus méritos. Véase la opinión de esta corte en
la causa seguida por El Pueblo contra Antolino Lorenzo,
decidida en el día de ayer, 9 de diciembre de 1912.

Debe desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados MacLeary, Wolf y Aldrey.